### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

D'ANDRE BROWN
#202300040                                                                          PLAINTIFF

v.                                          2:26-cv-00065-JM

ANTWON EMSWELLER, Warden,
Phillips County Detention Center; *et al.*                                           DEFENDANTS

### JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

WITHOUT PREJUDICE, and this case is CLOSED.  It is certified that an *in forma pauperis* appeal

from this Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated this 22nd day of June 2026.

_____
UNITED STATES DISTRICT JUDGE